■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZI HUANG WANG, Appellant. [783 NYS2d 860]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosenzweig, J.), rendered March 3, 2003, convicting him of gang assault in the first degree, gang assault in the second degree, assault in the second degree, and assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see *People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (see *People v Watkins,* 5 AD3d 510 [2004], *lv denied* 3 NY3d 650 [2004]; *People v Marquez,* 298 AD2d 407

[2002]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions either are unpreserved for appellate review or without merit. Ritter, J.P., Schmidt, Cozier and Skelos, JJ., concur.